# United States District Court
## District of Minnesota

| | |
|---|---|
| Maureen D. Tyra,<br><br>    Plaintiff,<br><br>v.<br><br>Riverwalk Holdings, LTD;<br>Haster Law Office, P.A.;<br>Central Portfolio Control, Inc.;<br>Lisa A. Haster;<br>Kevin Chan; and<br>Sam Crea,<br><br>    Defendants. | Court file no. 10-cv-03919 (PAM/SER)<br><br>**Order of Dismissal With Prejudice** |

The court having been advised that the above-entitled action has been resolved, **it is ordered** that the above-entitled action against Defendants shall be and hereby is **dismissed with prejudice**, without costs, disbursements, or attorney fees to any party.

**Let judgment be entered accordingly.**


Date:  May 3, 2011        s/Paul A. Magnuson
                   Paul A. Magnuson, Judge
                   United States District Court